

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2024

No. 04-24-00145-CV

**IN RE N.A.**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
Beth Watkins, Justice
Lori Massey Brissette, Justice

On February 29, 2024, Relator filed a petition for writ of mandamus challenging the trial court's temporary orders finding Real Party in Interest is a parent of the child at issue in the suit affecting the parent-child relationship before the trial court.

On the record before us, we agree and conclude it was an abuse of discretion for the trial court to find that Real Party in Interest is a parent to E.K.A.-K. Therefore, we conditionally grant the petition for writ of mandamus and direct the trial court to vacate these temporary orders. The writ of mandamus will issue only if the trial court fails to comply within ten days of the date of this opinion and order.

It is so **ORDERED** on October 30, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2023-CI-23309, styled *In the Interest of E.K.A.-K.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.